FRANCES RAGUSA, Appellant, v PHILIP RAGUSA, Respondent.

Submitted November 13, 2006; decided January 9, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Submitted December 18, 2006; decided January 9, 2007

Motion by National Employment Lawyers Association/New York for an order permitting movant to participate in oral argument on consideration of the certified question denied.

CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Submitted December 18, 2006; decided January 9, 2007

Motion by the Securities Industry and Financial Markets Association for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Submitted January 2, 2007; decided January 9, 2007

Motion by Liddle & Robinson, L.L.P. for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of SABINA JESSICA S. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PASQUALE S., Appellant.

Submitted December 11, 2006; decided January 9, 2007